UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH KWAME OKOR,
    Plaintiff,

      v.

SEGA OF AMERICA, INC.,
SONY COMPUTER ENTERTAINMENTS AMERICA, INC.,
NINTENDO OF AMERICA., INC.
    Defendants.

CIVIL ACTION
NO. 98-12176-DPW

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued on March 29 , 2001, it is hereby

ORDERED, ADJUDGED AND DECREED:

**Judgment for all Defendants against the Plaintiff on the Complaint.**

BY THE COURT,

_Rebecca Greenberg_
Deputy Clerk

DATED: March 29, 2001

DOCKETED


119